**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01333-CR

**EILEEN FRANCES NORTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F14-35144-L**

## ORDER

The Court **DENIES** appellant's motion to reconsider the briefing order.

We **ORDER** the Clerk of the Court to file the amended brief tendered as of the date of this order.

We **ORDER** the State to file its brief within **THIRTY DAYS** from the date of this order.


/s/    ADA BROWN
          JUSTICE